# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2025 KW 0450

VERSUS

ANGELIQUE CHATMAN                                    **JULY 28, 2025**

---

In Re:     Angelique Chatman, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge, No.
           DC-24-02638.

---

**BEFORE:     THERIOT, LANIER, AND MILLER, JJ.**

   **WRIT DENIED.**

                              MRT
                              WIL
                              SMM

COURT OF APPEAL, FIRST CIRCUIT

_Aujedra 3 Wilkins_
DEPUTY CLERK OF COURT
      FOR THE COURT